| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  LOZANO, RODOLFO | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type)  ◯ Nomination, Date  ◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  5400 FEDERAL PLAZA  SUITE 4300  HAMMOND, IN 46320 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  *1 PARTNER | TRUST NO. 2851 GOUGH SPANGLER BUILDING |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 24 11 04 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | *3 Transamerica Life Ins. Co. | Insurance Loans | L |
| 2. | *2 Fifth Third Bank | Jointly & severally on note, building trust | P1 |
| 3. | Thrift Savings Plan | Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. *4 LANGELIER - ONE PARK AVENUE, real estate, NY, NY | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |
| 2. (95,000 - 1985) | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |
| 3. *5 EFRON II, LTD. PARTNERSHIP, real estate | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |
| 4. (50,000 - 1983) | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |
| 5. (*1) TRUST NO. 2851 (real estate partnership) | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |
| 6. (*8) AG EDWARDS, Money Market Acct. | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |
| 7. BANK ONE, passbook savings | ▪ | ▪ | ▪ | ▪ | | | ▪ | ▪ | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

*1   I have not participated in any management decisions since prior to my taking the bench. I requested that I not be involved in any management decisions while on the bench and I have been advised that a resolution was passed to this effect. I have not and will not accept any cases involving Spangler, Jennings & Dougherty.  Value for building is shown as my share only.  In the past, the building's value was shown as total value.  Value of building is shown as appraisal at the time the loan with Fifth Third was issued.  Appraisal issued 7/17/98 to Pinnacle Bank (which later became Fifth Third).

*2   Office building in Merrillville, Indiana jointly and severally listed on note together with other owners of real estate.  I have not and will not accept any cases in which Spangler, Jennings & Dougherty is involved.

*3   I have one whole life and one universal life insurance policies on my life with Transamerica Insurance Company with a net cash value of $5,806.47, and outstanding loans on these policies for $54,943.53.  I have three Transamerica univeral life policies on my family with a cash value of $0.  I also have three whole life policies with Prudential insurance on my family with a total cash value of $356.40

*4   Langelier, limited partnership - office building, New York City. (Valued at cost paid)

*5   Efron II, limited partnership - shopping center, Ypsilanti, Michigan (valued at cost paid).

*6   I have not and will not accept any cases with Mort Efron, who is the general paratner in Efron II.

*8   A.G. Edwards purchased 3/7/02.

*9   For the past 5 or 6 years I have had a judicial membership with the Union League Club of Chicago.  Ninety-nine percent of my use of membership occurs for room and board while sitting by designation as a district judge in the Northern District of Illinois.  Benefit of reduced dues amounts to approximately $1,680.  I pay $55 per month dues.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LOZANO, RODOLFO | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date_____ 5/13/04

NOTE: ANY INDIVIDUAL W[████]S OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND [████] SAN[██████] app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544